## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ROBERT A. GREEN, individually and as the representative of a class of similarly-situated persons, )
)
)
)
)

      Plaintiff, )
)

**Case No. 09-CV-1541**

vs. )
)

ANTHONY CLARK INTERNATIONAL INSURANCE BROKERS, LTD. and JOHN PODORIESZACH, )
)
)
)

      Defendants. )
)

**THE HONORABLE MATTHEW F. KENNELLY**

## DEFENDANTS ANTHONY CLARK INTERNATIONAL INSURANCE BROKERS, LTD.'S AND JOHN PODORIESZACH'S RULE 56 MOTION FOR SUMMARY JUDGMENT

1

Defendants, ANTHONY CLARK INTERNATIONAL INSURANCE BROKERS, LTD. ("AC") and JOHN PODORIESZACH (collectively "Defendants"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move this Honorable Court for the entry of summary judgment dismissing with prejudice all of the claims of Plaintiff, ROBERT A. GREEN. This motion is based on the accompanying Memorandum, Statement of Undisputed Facts and Declarations.

ANTHONY CLARK INTERNATIONAL
INSURANCE BROKERS, LTD. and JOHN
PODORIESZACH

By: _____
       Samuel Kornhauser, Esq.

BRIAN DAVID, ESQ., Illinois Bar No. 0582468
666 Dundee Road, Suite 704
Northbrook, IL 60062
Telephone:     847-291-0603
Facsimile:     847-291-1812

SAMUEL KORNHAUSER, Esq., California Bar No. 083528
LAW OFFICES OF SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, California 94111
Telephone:     (415) 981-6281
Facsimile:     (415) 981-7616

Dated: September 1, 2010

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2010, I electronically filed the foregoing **DEFENDANTS ANTHONY CLARK INTERNATIONAL INSURANCE BROKERS, LTD.'S AND JOHN PODORIESZACH'S RULE 56 MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

_____
Samuel Rolnick

BRIAN DAVID, ESQ.
Illinois Bar No. 0582468
666 Dundee Road, Suite 704
Northbrook, IL 60062
Telephone: 847-291-0603

SAMUEL KORNHAUSER, Esq.
California Bar No. 083528
LAW OFFICES OF SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, California 94111
Telephone: (415) 981-6281