IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT A. GREEN, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ANTHONY CLARK INTERNATIONAL INSURANCE BROKERS LTD. and JOHN PODORIESZACH, | ) ) ) ) |
| Defendants. | ) ) ) |

No. 09 CV 1541

Honorable Judge Kennelly

## JOINT STIPULATION TO DISMISS

Plaintiff, ROBERT A. GREEN, and Defendants, ANTHONY CLARK INTERNATIONAL INSURANCE BROKERS LTD. and JOHN PODORIESZACH, through their undersigned attorneys, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice and without costs. Plaintiff's class claims are dismissed without prejudice and without costs.

Respectively submitted,

| PLAINTIFF | DEFENDANTS |
|---|---|
| Robert A. Green | Anthony Clark International Insurance Brokers Ltd. and John Podorieszach |
| | |
| /s/Brian J. Wanca | /s/Samuel Kornhauser |
| One of Plaintiff's Attorneys | One of Defendants' Attorneys |
| | |
| ANDERSON + WANCA | LAW OFFICES OF SAMUEL KORNHAUSER |
| 3701 Algonquin Rd., Suite 760 | 155 Jackson Street, Suite 1807 |
| Rolling Meadows, IL 60008 | San Francisco, CA 94111 |
| Telephone: 847-368-1500 | Telephone: 415-981-6281 |

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 16, 2011 I electronically filed the foregoing JOINT STIPUTATION TO DISMISS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                            /s/ Brian J. Wanca
                                            Brian J. Wanca