# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1541 | **DATE** | 3/22/2011 |
| **CASE TITLE** | Green vs. Anthony Clark International | | |

**DOCKET ENTRY TEXT**

Pursuant to the parties' stipulation, plaintiff's class claims are dismissed without prejudice and without costs, and his individual claims are dismissed with prejudice and without costs. The motion to certify class is terminated [88]. The status hearing set for 3/24/11 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|